**TRIDENT INTERNATIONAL LIMITED, Plaintiff–Appellant,**

v.

**IMPERIAL MAJESTY CRUISE LINE, LLC, in personam, M/V Regal Empress, in rem, Celebration World Cruises, Inc., Defendants–Appellees.**

No. 13–11752
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 13, 2013.

Dinah Stein, Mark Hicks, Hicks Porter Ebenfeld & Stein, PA, Miami, FL, John W. Keller, III, Keller & Bolz, LLP, Coral Gables, FL, for Plaintiff–Appellant.

Richard Wayne Epstein, John H. Pelzer, Rebecca F. Bratter, Evan Klinek, Greenspoon Marder, PA, Fort Lauderdale, FL, for Defendants–Appellees.

Before MARTIN, HILL, and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the argument of the parties contained in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**